## Case No. 16,749.

UNITED STATES v. The W. K. MUIR AND The DAVIDSON.

[Cited in The Daniel Ball, Case No. 3,564. Nowhere reported; opinion not now accessible.]